DOMINIC ROTELLA, Appellant, *v.* TITANIUM ALLOY COMPANY, Respondent.

Submitted January 20, 1941; decided March 6, 1941.

*Ulysses S. Thomas* for motion.

*William L. Clay* opposed.

Motion granted and appeal dismissed, without costs. (See *Powers* v. *Porcelain Insulator Corp.*, 285 N. Y. 54.)